

IN THE
TENTH COURT OF APPEALS

No. 10-11-00049-CR

CHRISTOPHER SPEARS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 85th District Court
Brazos County, Texas
Trial Court No. 08-01814-CRF-85

MEMORANDUM OPINION

Appellant, Christopher Spears, has filed a motion to dismiss this appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 8, 2011
[CV06]